IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL IDEEN,<br>    Petitioner,<br><br>v.<br><br>LOUIS S. FOLINO,<br>as Superintendent at Greene SCI, and<br>PENNSYLVANIA STATE ATTORNEY<br>GENERAL<br>    Respondents. | 2:05vc1281<br>Electronic Filing |

## MEMORANDUM ORDER

  Abdul Ideen's Petitioner for Writ of Habeas Corpus was received by the Clerk of Court on September 14, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  The Magistrate Judge's Report and Recommendation, filed on January 23, 2006, recommended that this action be transferred to the Eastern District of Pennsylvania pursuant to the provision of 28 U.S.C. § 2441(d).

  The parties were allowed ten days from the date of service to file objections.  Service was made on the Petitioner by First Class United States Mail delivered to the State Correctional Intuition at Greensburg, Greensburg, Pennsylvania, where he is incarcerated and on the Defendant.  No objections have been filed.

  After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

  AND NOW, this 23rd day of February, 2006,

  IT IS HEREBY ORDERED that this action is transferred to the Eastern District of Pennsylvania pursuant to the provision of 28 U.S.C. § 2441(d), forthwith.

The Report and Recommendation of Magistrate Judge Caiazza (Document No. 9) dated January 23, 2006, is adopted as the opinion of the court.

*DS Cercone*
David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

Abdul Ideen
CW-6127
SCI Greensburg
RD #10, Box 10
Route 119 South
Greensburg, PA 15601